UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr-00190 MO |
| v. | INFORMATION |
| SHEFENG SU, | 18 U.S.C. § 1956(h) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
### (Conspiracy to Commit Money Laundering)
### (18 U.S.C. § 1956(h))

On or between October 1, 2015, and April 1, 2018, in the District of Oregon, the Northern District of Texas and elsewhere, defendant, SHEFENG SU, and other persons whose identities are known and unknown to the government, did knowingly combine, conspire, confederate and agree to conduct financial transactions involving proceeds of a specified unlawful activity, affecting interstate and foreign commerce, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Information, SHEFENG SU, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in the money laundering offense and all property traceable to such property, including but not limited to the following:

One Rolex Yacht Master Watch, Serial No: 73G6J747; and

A money judgment for a sum of money equal to the amount of property involved in the conspiracy.

If the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture substitute property pursuant to 21 United States Code, Section 853(p), as incorporated by 18 U.S.C. Section 982(b).

Dated: May 10, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ S Mygrant
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorney